UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROCK SOLID AVIATION, LLC and** | * | **CIVIL ACTION NO. _____** |
| **WAYNE S. THOMPSON, JR.** | * | |
| *Plaintiffs,* | * | |
| *vs.* | * | **JUDGE _____** |
| | * | |
| **HARCO NATIONAL INSURANCE COMPANY** | * | **MAGISTRATE JUDGE _____** |
| *Defendant.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, under 28 U.S.C. §§ 1332, 1367, 1441(c), and 1446, and on the grounds set forth in this Notice of Removal, Harco National Insurance Company ("Harco") removes this civil action, without waiver of any defense that it may have, whether procedural or substantive, from the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, to the United States District Court for the Western District of Louisiana, Lake Charles Division, where it might originally have been brought. In support of its removal of this action, Harco represents:

1.

The removing party, Harco, is the sole defendant in this civil action, which on August 16, 2023, was commenced in and is now pending in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, bearing No 2023-3071, on the docket of that court in division "E", and entitled "*Rock Solid Aviation, LLC and Wayne S. Thompson, Jr. v. Harco National Insurance Company.*" A copy of the Petition and all other pleadings, process and orders served on Harco or filed in the action are attached to this notice as Exhibit "A".

2.

Service of the Petition and citation in the state-court action was made on Harco on September 5, 2023, by service on the Louisiana Secretary of State. This service was the first receipt by any defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Therefore, this Notice of Removal is being timely filed, and the action is being removed to this Court within the 30-day period of 28 U.S.C. § 1446(b).

3.

This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that it there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 excluding interests and costs.

4.

Specifically, complete diversity of citizenship exists between Plaintiffs, Louisiana residents, and Defendant, Harco, who is a domestic insurer with a principal place of business outside of Louisiana.

5.

Citizenship of Plaintiffs: Plaintiffs, Rock Solid Aviation, LLC and Wayne S. Thompson, Jr., allege that they are residents of Calcasieu Parish, Louisiana. *See* Petition, ¶ unnumbered introductory paragraph. They further allege that Wayne S. Thompson was the owner of the property at dispute here which was leased to Rock Solid Aviation. *See* Petition, ¶ 2.

6.

Citizenship of Defendant: Defendant, Harco is a domestic insurer incorporated in the State of Illinois with a principal place of business in Raleigh, North Carolina for diversity purposes. Harco

National Insurance Company is a wholly-owned (100%) subsidiary of IAT Insurance Group, Inc., which is a wholly-owned (100%) subsidiary of IAT Reinsurance Company Ltd. No parent entity or publicly held entity is a citizen of Louisiana.

7.

Because Plaintiffs are citizens of the State of Louisiana and Defendant is a citizen of the State of Illinois and the State of North Carolina, as shown above, the parties do not share citizenship.

8.

Plaintiffs' claims against Harco are alleged to arise out of damages suffered as a result of thunderstorm on or about June 19, 2022. *See* Petition, ¶ 2. Plaintiffs allege that their property sustained damages falling within the scope of the insurance policy issued to Plaintiff, Rock Solid Aviation, LLC including a Lessor Endorsement naming Wayne S. Thompson, Jr., by Harco. Plaintiffs allege that Harco failed to pay sums that Plaintiffs are owed under the Policy. *See* Petition, ¶¶ 4-10.

9.

<u>Amount in Controversy</u>: Plaintiffs' claims exceed the jurisdictional threshold of $75,000.00, exclusive of interest and costs, giving rise to federal jurisdiction under 28 U.S.C. § 1332(a). Plaintiffs have received $124,499 on this claim. *See* Petition, ¶ 10-14. Plaintiffs allege that Defendant has violated La. R.S. 22:1892 and La. R.S. 22:1973 and seek "penalties, to be calculated as either the actual losses sustained, plus two times the losses sustained, fifty percent of the late-paid due amounts, or the applicable statutory minimums, to be determined at trial, whichever is greater, plus attorney fees." *See* Petition, ¶ 15-16.

10.

Immediately after filing this Notice of Removal with the clerk of this Court, Harco will comply with 28 U.S.C. § 1446(d) by causing a copy of this notice to be filed with the Clerk of

Court of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, and served on all other counsel of record.

10.

Harco reserves the right to assert its interest as to any issue or matter, including any issues or matters relating to this action. Harco reserves all rights, including defenses, objections, and exceptions, and the filing of this notice of removal is subject to, and without waiver of, any defense, objection, or exception.

**WHEREFORE**, Defendant, Harco National Insurance Company, prays that the action now pending against it in the 14$^t$h Judicial District Court for the Parish of Calcasieu, State of Louisiana be removed to this Court and proceed herein.

Respectfully submitted,

*/s/ Leah N. Engelhardt*
Leah N. Engelhardt (#23232)
A. Elyce Ieyoub (#39918)
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, LA  70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-6054
Email: engelhardt@chaffe.com
Elyce.ieyoub@chaffe.com

*Attorneys for Harco National Insurance Company*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this date been served on all counsel of record in these proceedings by:

    (    )    Hand Delivery    (    )    Prepaid U.S. Mail

    (    )    Facsimile    (    )    Federal Express

    ( X )    Electronic Mail

New Orleans, Louisiana this 5th day of October, 2023.

*/s/ Leah N. Engelhardt*
LEAH N. ENGELHARDT